Friday, February 21, 2014

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Review granted on the following issues:

I. WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN DETERMINING THAT THE MILITARY JUDGE'S ERROR IN QUASH-ING A SUBPOENA ISSUED TO PFIZER, INC., TO PRODUCE RELE-VANT AND NECESSARY DOCUMENTS REGARDING CLINICAL TRIALS, ADVERSE EVENT REPORTS, AND POST–MARKET SUR-VEILLANCE OF THE DRUG VARENICLINE WAS HARMLESS BE-YOND A REASONABLE DOUBT.

II. WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION IN DENYING A DEFENSE REQUESTED INSTRUCTION ON INVOLUN-TARY INTOXICATION, AND ERRED IN FAILING TO INSTRUCT THE MEMBERS ON THE EFFECT OF INTOXICATION ON APPEL-LANT'S ABILITY TO FORM SPECIFIC INTENT AND PREMEDITA-TION.

Briefs will be filed under Rule 25.